IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

Case No.: 4:21-cv-00159-D

| | |
|---|---|
| MICHAEL A. BAILEY and CHRISTIE B. BAILEY, ) ) ) Plaintiffs, ) ) v. ) ) CERTAIN INTERESTED UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NO. BWD652420, ) ) ) ) ) ) Defendant. ) ) | **ORDER** |

THIS MATTER came to be heard on Defendant Certain Interested Underwriters at Lloyd's London Subscribing to Policy No. BWD652420's Agreed/Unopposed Motion to Stay Proceedings Pending Completion of Appraisal. The Court, having reviewed the Motion and being otherwise fully advised in the premises, ORDERS AND ADJUDGES as follows:

1. The Motion is hereby GRANTED.

2. The entire action, including all causes of action asserted in the complaint, and including all discovery, is stayed pending conclusion of the appraisal process or until further order of this Court.

3. This Court shall reserve jurisdiction to enforce the terms of this Order pending conclusion of the appraisal process, to address/enforce any deadlines regarding appraisal agreed upon by the Parties, and to determine any and all remaining issues which are not resolved by the appraisal process.

4. Either party may move to lift the stay of this action at any time after both (a) an appraisal award has been entered, and (b) 60 days after that award have passed, within which Defendant has to pay any amounts due on the appraisal award.

SO ORDERED. This the 1 day of November, 2021.

                                          JAMES C. DEVER III
                                          United States District Judge