# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL A. BAILEY, and ) <br> CHRISTIE B. BAILEY, ) <br>       Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CERTAIN INTERESTED ) <br> UNDERWRITERS AT LLOYD'S ) <br> LONDON SUBSCRIBING TO ) <br> POLICY NO. BWD652420, ) <br>       Defendants. ) | **JUDGMENT** <br><br> No. 4:21-CV-159-1D |

**Decision by Court.**
This case came before the Honorable James C. Dever III, United States District Judge for consideration.

IT IS ORDERED, ADJUDGED AND DECREED the court grants defendant's motion to dismiss and DISMISSES WITH PREJUDICE the amended complaint, and this case is closed.

This Judgment filed and entered on May 17, 2023, with service via CM/ECF Notice of Electronic Filing on:

Wesley A. Collins, Counsel for Plaintiffs

Anna Pulliam Cathcart and Kevin Michael O'Brien, Counsel for Defendants

DATED: May 17, 2023

PETER A. MOORE, JR., CLERK
By: /s/ Lisa W. Lee
     Deputy Clerk